IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

I, Nelson Y. Rivera, United States Postal Inspector, do hereby swear and affirm the following facts as being true to the best of my knowledge, information, and belief:

1. I am a United States Postal Inspector, assigned to investigate the unlawful transportation of contraband, including Title 21 controlled substances, through the United States Mail. I have been a Postal Inspector since February 2012. In September 2012, I attended a one-week training course presented by the United States Postal Inspection Service addressing current trends in narcotics mailings. As part of my duties, I investigate incidents where the United States mail system is used for the purpose of transporting non-mailable matter, including controlled substances such as marijuana, cocaine, methamphetamine and heroin, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b), and substances mailed in violation of Title 18, United States Code, Section 1716.

2. Based on my experience, training and discussions with other law enforcement officers experienced in drug investigations, I know that certain indicators exist when persons use the United States Mails to ship controlled substances from one location to another. Indicators for parcels that contain controlled substances include, but are not limited to the following:

a. It is a common practice for the shippers of controlled substances and proceeds of the sale of controlled substances to use Express Mail because the drugs arrive faster and on a predictable date, and this system allows shippers to keep track of the shipment. With regards to Express Mail parcels, shippers pay for the benefit of being able to confirm the delivery of the parcel by checking the U.S. Postal Service Internet Website and/or calling a toll free number.

b. These parcels in many instances contain a fictitious return address, incomplete return address, no return address, the return address is same as the addressee address, or the return address does not match the place where the parcel was mailed from. These packages are also sometimes addressed to or from a commercial mail receiving agency (i.e., UPS Store). These address practices are used by narcotics traffickers to hide the true identity of the person(s) shipping and/or receiving the controlled substances from law enforcement officials.

c. In order to conceal the distinctive smell of controlled substances from narcotic detector dogs, these packages tend to be wrapped excessively in bubble-pack and wrapping plastic, and are sometimes sealed with the use of tape around all the seams. Also, the parcels often contain other parcels which are carefully sealed to prevent the escape of odors. Sometimes perfumes, coffee, dryer

sheets, tobacco or other smelling substances are used to mask the odor of the controlled substances being shipped.

    d. When the shipper mails controlled substances from a particular area/state, the proceeds from the sale of these controlled substances may be returned to the shipper. Based on experience and discussions, there are known source states, where controlled substances are mailed from, including California, Oregon, Washington, Arizona and Texas.

    e. I know from training and discussions with other law enforcement officers that the following controlled substances are likely to be found during parcel interdictions: marijuana, methamphetamine, cocaine, LSD, psilocybin mushrooms, heroin, opium, and MDMA.

3. In this warrant application, I seek this Court's authority to search this Express Mail parcel bearing USPS tracking number EG921448417US, which is described in greater detail below, for controlled substances in violation of Title 21 U.S.C. Sections 841(a)(1) and 843(b) and Title 18 U.S.C. Section 1716.

## RELEVANT FACTS PERTAINING TO EXPRESS MAIL PARCEL EG921448417US

4. On July 8, 2013, the Express Parcel EG 921448417 US that is the subject of this search warrant affidavit (hereinafter referred to as the subject parcel), was identified by a Postal Inspector due to information provided to Juneau PD (JPD) by a Confidential Informant (CI). The CI said that

RATLIFF would be receiving a parcel containing methamphetamines and/or heroin from the WA. Recently this CI has provided JPD with high quality information that was extremely accurate and used to build three cases. In addition to the information provided by the CI, the subject parcel meets many of the characteristics from parcels sent by narcotics traffickers. The subject parcel was addressed to "William Ratliff, PO Box 35826, Juneau AK 99803" from "Chelsea Blunk, 4163 Cabrini Ct #3 Oak Harbor WA 98277". A photocopy of the label for the subject parcel is attached as **Exhibit 1**. The subject parcel is a Ready Post small box, measuring approximately 8" x 8" x 8" inches, weighs approximately 5 pounds 6.1 ounces and bears a handwritten sender and addressee information on its label. The subject parcel is affixed with a Postal Validation Imprinter (PVI) sticker in the amount of $54.65, and was mailed July 2, 2013 from Oak Harbor, WA 98803.

5. This parcel met several characteristics that the drug traffickers use to prevent the detection of drugs being shipped through the mail. For this parcel, these characteristics included, but are not limited to:

    a. False return address. (Per Accurint, a law enforcement search database, there is a no record for a Chelsea Blunk or an address of 4163 Ct. #3, Oak Harbor WA 98277. The data provided by Accurint is a combination of records from different data sources which are updated daily, weekly, monthly, and annually, depending on the particular data source.

b. The intended recipient is William RATLIFF. Last month RATLIFF's fiancée opened a PO Box at the Mendehall Post Office. Narcotics traffickers often use PO Boxes that are registered in other persons names to receive mail and avoid detection.

c. Sent from a known source state. (Washington is a known source for narcotics, see Paragraph 2.c)

6. Currently there are no narcotic trained dogs available in Juneau, AK. Since the narcotics dog was not available, Inspectors used an ionscan test was used to determine if there were traces of narcotics on the exterior of the box. The test is performed by swabbing a stripe of cotton paper on the exterior of the box then the ionscan machine uses a data base of known substances to compare to the sample to detect trace amounts of narcotics or explosives on surfaces with an error percentage of less than 1%. The test result revealed that the parcel has traces of heroin on its exterior.

7. Based on my training and experience as a Postal Inspector and the aforementioned factors, your affiant believes there is probable cause to believe that the subject package contains controlled substances, and/or other evidence of violations of Title 21, United States Code, Sections 841(a)(1) and 843(b), and Title 18, United States Code, Section 1716

FURTHER AFFIANT SAYETH NAUGHT.

Signature Redacted
Nelson Y. Rivera
Postal Inspector

Subscribed and sworn to

before me, this 9th day of
July 2013.

_Signature Redacted_
U.S. MAGISTRATE JUDGE