☐AO 93    (Rev. 12/03) Search Warrant

# UNITED STATES DISTRICT COURT

District of   Alaska

RECEIVED
JUL 24 2013
CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Express Mail parcel EG921448417US, bearing meter strip number 00022861-08 for the amount of $54.65, addressed to "William Ratliff PO Box 35826 Juneau AK 99803" from Chelsea Blunk, 4163 Cabrini Ct #3, Oak Harbor WA 98277"

## SEARCH WARRANT

Case Number: 1:13-mj-000007-LCL

TO: ANY U.S. POSTAL INSPECTOR OF THE U.S. POSTAL INSPECTION SERVICE (USPIS) or any Authorized Officer of the United States

Affidavit(s) having been made before me by  Nelson Y. Rivera  Affiant  who has reason to believe

that ☐ on the person of, or ☒ on the premises known as (name, description and/or)

The above described article, currently located at 9491 Vintage Boulevard Juneau, AK 99801.

in the _____ District of Alaska there is now concealed a certain property, namely (describe the person or property)

Narcotic controlled substances, namely Oxycodone, cocaine, marijuana, methamphetamine, and heroin, in violation of Title 21 Section 841(a)(1) and 843(b) and Title 18 Section 1716.

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the property so described is now concealed on the premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before   July 19, 2013
                                                              Date
(not to exceed 10 days) the place named above for the person or property specified, serving this warrant and making the
search ☒ in the daytime — 6:00 AM to 10:00 P.M.  ☐ at anytime in the day or night as I find reasonable cause has been established
established and if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and prepare a written inventory of the property seized and promptly return this warrant to _____ as required by law.

U.S. Magistrate Judge  (Rule 41 (f)(4))

at   Juneau, AK

Date and Time Issued  July 9, 2013

Leslie Longenbaugh / U.S. Magistrate Judge
Name and Title of Judge

**Signature Redacted**
Signature of Judge

| AO 93 | (Rev. 12/03) Search Warrant (Reverse) | | |
|---|---|---|---|
| **RETURN** | **Case Number:** | | 1:13-mj-000007-LCL |
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH | |
| 9 Jul 13 | July 9, 2013, 4:30 pm | USPS | |
| INVENTORY MADE IN THE PRESENCE OF | | | |
| S/A Matt Judy, F.B.I. | | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

95.1 grams Heroin
57.7 grams Methamphetamine

No further things taken

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Signature Redacted
Nelson Y. Rivera — USPIS

Subscribed, sworn to, and returned before me this date.

Signature Redacted
Signature of Judge — 7·24·13

```
U.S. POSTAGE
     PAID
OAK HARBOR, WA
     98277
JUL 02, '13
  AMOUNT

   $54.65
  00022861-08
```

1007



EG 921448417 US


**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE

**Mailing Label**
Label 11-B, March 2004

**Post Office To Addressee**

**DELIVERY (POSTAL USE ONLY)**

**ORIGIN (POSTAL SERVICE USE ONLY)**

```
98277    X        54.65
 7 2 13      7 5 s
                X
 1551 X          54.65
 5  6.1            AA
```

**CUSTOMER USE ONLY**

**PAYMENT BY ACCOUNT**

☒ **WAIVER OF SIGNATURE** (Domestic Mail Only)
Additional merchandise insurance is void if customer requests waiver of signature.
I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

*Chelsea Blunk*
Mailer Signature

☐ **NO DELIVERY**   Weekend   Holiday

**FROM:** (PLEASE PRINT)   PHONE

Chelsea Blunk
4163 CabRini Ct. #3
Oak HaRboR, WA 98277

**TO:** (PLEASE PRINT)   PHONE

William Ratliff
P.O. Box 35826
Juneau, AK
99803+

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

PRESS HARD. YOU ARE MAKING 3 COPIES.

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call **1-800-222-1811**

